IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT W. AVERY                         PLAINTIFF

         v.             Civil No. 07-5111

SHERIFF KEITH FERGUSON;
MAJOR DRAKE; DETECTIVE
CHRIS SPARKS; BENTON
COUNTY S.W.A.T. MEMBERS;
DETECTIVE ROBERT HOLLY;
SGT. TOMLIN; DEPUTY CARLTON;
and SGT. JARED CRABTREE                          DEFENDANTS

## ORDER

Plaintiff contends members of the Benton County Special Weapons and Tactics (SWAT) team used excessive force against him on January 16, 2007, when they made an "entry into Winningham Rd." in order to arrest him. Defendants are ordered to identify for the court the members of the SWAT team involved in the January 16th apprehension of the plaintiff. Defendants should provide the court with this information by **September 19, 2007.**

IT IS SO ORDERED this 5th day of September 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)