**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ROBERT W. AVERY**                                                                                              **PLAINTIFF**

**v.**                                    **Civil No. 07-5111**

**SHERIFF KEITH FERGUSON,**
**et al.**                                                                                                         **DEFENDANTS**

**O R D E R**

Now on this 11th day of September, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #138, filed August 21, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **the following separate defendants are hereby dismissed with prejudice: Srader, Robbins, Warzecha, Chapman, Holland, Conner, and Gage.**

This case is referred back to Hon. James R. Marschewski for a Report and Recommendation on plaintiff's allegations regarding the remaining defendants.

**IT IS SO ORDERED.**

                                                                                  **/s/Jimm Larry Hendren**
                                                                                   **HON. JIMM LARRY HENDREN**
                                                                                   **UNITED STATES DISTRICT JUDGE**