IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT W. AVERY                                              PLAINTIFF

v.           Civil No. 07-5111

SHERIFF KEITH FERGUSON;
MAJOR DRAKE; DETECTIVE
CHRIS SPARKS; ET AL.                                    DEFENDANTS

## **ORDER**

Plaintiff has filed a motion (Doc. 154) for leave to proceed *in forma pauperis* on appeal. The motion (Doc. 154) is granted. Pursuant to the terms of the Prison Litigation Reform Act, the clerk is directed to collect the $455 appellate filing fee from the plaintiff.

IT IS SO ORDERED this 1st day of October 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE